ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 20 2006

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JULIA ANN DURDA | ) |
| | ) |
| V. | )     3-04-CV-2177-B |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED that Plaintiff's EAJA motion be, and it is hereby granted and that she recover from the Commissioner the sum of $8011.98 for her attorney's fees and expenses.

SO ORDERED this 20T day of Dec., 2006.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE